UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMMY TOMPKINS,

    Plaintiff,

v.                                              Case No: 8:21-cv-1600-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Stay of Proceedings (Dkt. 18).  Plaintiff's counsel states that Plaintiff has passed away and that counsel is "in the process of filing a suggestion of death."  In the interim, Plaintiff moves the Court for a stay of these proceedings.  The Commissioner does not oppose the request.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Stay of Proceedings (Dkt. 18) is **GRANTED**.

2. This matter is **STAYED** pending a request from either party to lift the stay.

3. The parties shall promptly notify the Court of any resolution or other disposition of this matter while the stay is in effect.

4. The Clerk is directed to administratively close the case.

**DONE** and **ORDERED** in Tampa, Florida, on November 23, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record